**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | 8:04CR499 |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **DETENTION ORDER** |
| ) | |
| **ANTONIO R. AZPEITIA,** ) | |
| ) | |
| **Defendant.** ) | |

A. **Order For Detention**
   After conducting a detention hearing pursuant to 18 U.S.C. § 3142(f) of the Bail Reform Act on August 3, 2005, the Court orders the above-named defendant detained pursuant to 18 U.S.C. § 3142(e) and (i).

B. **Statement Of Reasons For The Detention**
   The Court orders the defendant's detention because it finds:
   _X_   By a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required.
   _X_   By clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community.

C. **Finding Of Fact**
   The Court's findings are based on the evidence which was presented in court and that which was contained in the Pretrial Services Report, and includes the following:
   _X_   (1)   Nature and circumstances of the offense charged:
      _X_   (a)   The crime: possession of a short shotgun not registered in the National Firearms Registration and Transfer Record in violation of 26 U.S.C. § 5861(d) carries a maximum sentence of ten years imprisonment.
      ___   (b)   The offense is a crime of violence.
      ___   (c)   The offense involves a narcotic drug.
      ___   (d)   The offense involves a large amount of controlled substances, to wit:
   ___   (2)   The weight of the evidence against the defendant is high.
   _X_   (3)   The history and characteristics of the defendant including:
      (a)   General Factors:
         ___   The defendant appears to have a mental condition which may affect whether the defendant will appear.
         ___   The defendant has no family ties in the area.
         _X_   The defendant has no steady employment.
         _X_   The defendant has no substantial financial resources.
         ___   The defendant is not a long time resident of the community.
         ___   The defendant does not have any significant community ties.
         ___   Past conduct of the defendant:
         ___   The defendant has a history relating to drug abuse.
         ___   The defendant has a history relating to alcohol abuse.
         _X_   The defendant has a significant prior criminal record.
         _X_   The defendant has a prior record of failure to appear at court proceedings.
      (b)   At the time of the current arrest, the defendant was on:

DETENTION ORDER - Page 2

        ___ Probation
        ___ Parole
        ___ Release pending trial, sentence, appeal or completion of sentence.

(c) Other Factors:
    _X_ The defendant is an illegal alien and is subject to deportation.
    ___ The defendant is a legal alien and will be subject to deportation if convicted.
    ___ The Bureau of Immigration and Custom Enforcement (BICE) has placed a detainer with the U.S. Marshal.
    ___ Other: _____

_X_ (4) The nature and seriousness of the danger posed by the defendant's release are as follows: The nature of the charge in the Indictment, the defendant's criminal history to include an active Protection Order, the defendant's prior use of aliases and false identification, and the defendant's illegal status in the United States.

D. **Additional Directives**

Pursuant to 18 U.S.C. § 3142(i)(2)-(4), the Court directs that:
1. The defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable from persons awaiting or serving sentences or being held in custody pending appeal; and
2. The defendant be afforded reasonable opportunity for private consultation with counsel; and
3. That, on order of a court of the United States, or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.

DATED:   August 4, 2005.            BY THE COURT:

                                             s/Thomas D. Thalken
                                             United States Magistrate Judge